SOMACH, SIMMONS & DUNN
A Professional Corporation
SANDRA K. DUNN (SBN 119161)
JONATHAN R. SCHUTZ (SBN 230897)
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Defendant
BRENT OWEN and KIMBERLY D. HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA RESOURCES COUNCIL, a California public benefit corporation; and SHASTA COALITION FOR PRESERVATION OF PUBLIC LAND, a California unincorporated association; SACRAMENTO RIVER PRESERVATION TRUST, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior; INTERIOR BOARD OF LAND APPEALS; BUREAU OF LAND MANAGEMENT; JIM CASWELL, in his official capacity as Director of the Bureau of Land Management; MIKE POOL, in his official capacity as California State Director of the Bureau of Land Management; STEVEN W. ANDERSON, in his official capacity as Field Manager of the Redding Field Office of the Bureau of Land Management; BRENT OWEN; and KIMBERLY D. HAWKINS,<br><br>Defendants. | CASE NO. 2:08-CV-00645-WBS-CMK<br><br>STIPULATION FOR EXTENDED TIME TO FILE ANSWER |

///

///

Plaintiffs Shasta Resources Council, Shasta Coalition for Preservation of Public Land, and Sacramento River Trust (Plaintiffs) filed their Complaint in this matter on March 25, 2008. The response of the United States Department of the Interior and the other Federal Defendants is due June 9, 2008. Brent Owen and Kimberly D. Hawkins (Private Defendants) and Plaintiffs, hereby stipulate and agree, through their respective counsel, that Private Defendants' response to Plaintiffs' Complaint will also be filed by June 9, 2008, the same day the other defendants' response is due. No extensions have previously been granted to Private Defendants in this matter.

SHUTE MIHALY AND WEINBERGER

Dated: April 30, 2008       By: /s/ Matthew D. Zinn (as authorized on 4/30/08)
                                 MATTHEW D. ZINN

Attorneys for Plaintiffs Shasta Resources Council, Shasta Coalition for Preservation of Public Land, and Sacramento River Trust

UNITED STATES ATTORNEY'S OFFICE

Dated: April 28, 2008       By: /s/ Kelli Taylor (as authorized on 4/28/08)
                                 KELLI TAYLOR

Attorneys for Federal Defendants

SOMACH SIMMONS & DUNN

Dated: May 1, 2008          By: /s/ Sandra K. Dunn
                                 SANDRA K. DUNN

Attorneys for BRENT OWEN and KIMBERLY D. HAWKINS

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 2, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on May 1, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Sandra K. Dunn
Sandra K. Dunn