ELLISON FOLK, SBN 149232
MATTHEW D. ZINN, SBN 214587 (counsel for service)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Fax: (415) 552-5816
Email:  zinn@smwlaw.com

Attorneys for Plaintiffs
SHASTA RESOURCES COUNCIL,
SHASTA COALITION FOR
PRESERVATION OF PUBLIC LAND,
and SACRAMENTO RIVER
PRESERVATION TRUST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA RESOURCES COUNCIL, a California public benefit corporation; and SHASTA COALITION FOR PRESERVATION OF PUBLIC LAND, a California unincorporated association; SACRAMENTO RIVER PRESERVATION TRUST, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior; INTERIOR BOARD OF LAND APPEALS; BUREAU OF LAND MANAGEMENT; JIM CASWELL, in his official capacity as Director of the Bureau of Land Management; MIKE POOL, in his official capacity as California State Director of the Bureau of Land Management; STEVEN W. ANDERSON, in his official capacity as Field Manager of the Redding Field Office of the Bureau of Land Management; BRENT OWEN; and KIMBERLY D. HAWKINS,<br><br>Defendants. | Case No. 2:08-CV-00645-WBS-CMK<br><br>**EX PARTE APPLICATION AND ORDER TO EXTEND BRIEFING DEADLINE IN SCHEDULING ORDER**<br><br>Action filed:  3/24/08 |

EX PARTE APPLICATION TO EXTEND DEADLINES
CASE NO. 2:08-CV-00645-WBS-CMK

**APPLICATION**

Pursuant to Local Rule 6-144(c), Plaintiffs hereby apply for an ex parte order extending the time to file Plaintiffs' motion for summary judgment pursuant to this Court's May 15, 2008 Status (Pretrial Scheduling) Order ("Scheduling Order") and to extend subsequent briefing deadlines and pretrial conference dates accordingly.  As described in the Declaration of Matthew D. Zinn in Support of Ex Parte Application to Extend Time ("Zinn Dec."), filed herewith, Plaintiffs seek the extension of time to allow for substitution of counsel and to allow new counsel adequate time to prepare and file the motion. Plaintiffs sought a stipulation to this effect, and while the federal Defendants agreed to such stipulation, Defendants Owen and Hawkins rejected the proposed extension on spurious grounds, thus requiring this application.  Plaintiffs have not previously sought any extensions of time in this case.

On May 15, 2008, this Court entered the Scheduling Order, setting deadlines for briefing on Plaintiffs' motion for summary judgment and any cross-motion that might be filed by Defendants.  The Scheduling Order provides that if no motions challenging the administrative record are filed, Plaintiffs' summary judgment moving papers must be filed no later than November 1, 2008, Defendants' opposition papers and any cross-motion for summary judgment must be filed no later than 45 days after Plaintiffs' motion, Plaintiffs' reply papers and opposition to any cross-motion must be filed no later two weeks after Defendants' opposition and any cross-motion, and Defendants' response papers on any cross-motion must be filed no later than two weeks after Plaintiffs' reply and opposition. The record has been prepared and no motions were filed to challenge it.

Plaintiffs and their counsel have been diligently seeking new counsel to substitute for Plaintiffs' current counsel. Zinn Dec. ¶ 2.  Substitute counsel were able to confirm their availability only on October 28.  *Id.*  On October 27 and 28, 2008, as Plaintiffs were finalizing arrangements with new counsel, counsel for Plaintiffs sought Defendants' agreement to an approximately 60-day extension of time to file Plaintiffs' motion and attendant extensions of the remaining briefing deadlines set forth in the Scheduling Order.

*Id.* ¶¶ 4, 5; *id.*, Ex. A (proposed stipulation).  The federal Defendants agreed to a stipulation on the condition that their time to respond be extended somewhat to accommodate counsel's schedule, a condition to which Plaintiffs agreed.  Zinn. Dec. ¶ 4.

Late on October 28, counsel for Defendants Owen and Hawkins informed Plaintiffs' counsel by email that Owen and Hawkins refused to stipulate to the extension.  Zinn Dec. ¶ 6; *id.*, Ex. B.  He gave no explanation.  The next morning, after Plaintiffs counsel notified Defendants by email that Plaintiffs would file this application, Zinn Dec. ¶ 7, Owen and Hawkins's counsel left a voicemail for Plaintiffs' counsel indicating that they would oppose the ex parte because Owen and Hawkins were concerned about their supposed inability to use their property during the litigation.  *Id.* ¶ 8.  To the contrary, however, because no temporary restraining order, preliminary injunction, or other provisional relief has been sought or issued, this litigation cannot be an impediment to any use of Defendants' property.  Plaintiffs have never suggested otherwise.

Owen and Hawkins's refusal to provide the simple procedural courtesy of an extension to allow substitution of counsel contradicts the prior written assurances of Owen and Hawkins's counsel that they would reciprocate Plaintiffs' prior cooperation in granting an extension of time to file their answer.  Zinn Dec. ¶ 9; *id.*, Ex. D.  Because of Owen and Hawkins's intransigence, Plaintiffs were forced to file this application.  By contrast, counsel for the federal Defendants has indicated that they do not oppose this application.  Zinn Dec. ¶ 10.

Plaintiffs have diligently sought substitute counsel, but were unable to obtain such counsel until shortly before the motion deadline is due to expire.  New counsel will necessarily require time to come up to speed with an extensive administrative record and to familiarize themselves with the legal issues in the case.  In light of the effort required, a 60-day extension is a limited and reasonable accommodation.  Defendants Owen and Hawkins cannot plausibly show any prejudice attributable to this extension.  Accordingly, Plaintiffs respectfully request that the Court issue the Order set forth below, which would

effectuate the reasonable stipulation to which Plaintiffs and the federal Defendants have agreed.

Dated:  October 31, 2008               SHUTE, MIHALY & WEINBERGER LLP

                                       By:    /s/  Matthew D. Zinn
                                              MATTHEW D. ZINN

                                       Attorneys for Plaintiffs SHASTA
                                       RESOURCES COUNCIL,
                                       SHASTA COALITION FOR
                                       PRESERVATION OF PUBLIC LAND,
                                       and SACRAMENTO RIVER
                                       PRESERVATION TRUST

**ORDER**

Having considered Plaintiffs' ex parte application for an extension of time to file their motion for summary judgment, and defendants' opposition thereto, it does not appear that defendants would be prejudice by continuing the date upon which plaintiffs' motion for summary judgment may be heard, so long as the trial date itself is not thereby postponed.  Therefore, good cause appearing therefor, IT IS HEREBY ORDERED that the following dates and deadlines shall supersede those set forth in the Court's May 15, 2008 Status (Pretrial Scheduling) Order:

1. Plaintiffs shall file their motion for summary judgment no later than January 9, 2009.

2. Defendants shall file their opposition to Plaintiffs' motion and any moving papers on a cross-motion for summary judgment no later than **30 days** after Plaintiffs file their motion.

3. Plaintiffs shall file their reply on their motion and opposition to any cross-motion no later than two weeks after Defendants file their opposition and any cross-motion.

4. Defendants shall file their response on any cross-motion no later than two weeks after Plaintiffs file their reply and opposition.

5. Whether or not there has been a final adjudication of the motions for summary judgment, the Final Pretrial Conference date of March 23, 2009 shall remain as previously scheduled.

6. The trial shall be held on May 19, 2009 in Courtroom No. 5, as previously scheduled.

Dated: October 31, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE