LAWRENCE G. BROWN
Acting United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2741
Facsimile: (916) 554-2988

Attorneys for the Federal Defendants:  UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior; INTERIOR BOARD OF LAND APPEALS; BUREAU OF LAND MANAGEMENT; JIM CASWELL, in his official capacity as Director of the Bureau of Land Management; MIKE POOL, in his official capacity as California State Director of the Bureau of Land Management; STEVEN W. ANDERSON, in his official capacity as Field Manager of the Redding Field Office of the Bureau of Land Management

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA RESOURCES COUNCIL, a California public benefit corporation; and SHASTA COALITION FOR PRESERVATION OF PUBLIC LAND, a California unincorporated association; SACRAMENTO RIVER PRESERVATION TRUST, a California public benefit corporation,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior; INTERIOR BOARD OF LAND APPEALS; BUREAU OF LAND MANAGEMENT; JIM CASWELL, in his official capacity as Director of the Bureau of Land Management; MIKE POOL, in his official capacity as California State Director of the Bureau of Land Management; STEVEN W. ANDERSON, in his official capacity as Field Manager of the Redding Field Office of the Bureau of Land Management; BRENT OWEN; and KIMBERLY D. HAWKINS,<br><br>Defendants. | No. 2:08-cv-00645-WBS-CMK<br><br>NOTICE OF SUBSTITUTION OF DEFENDANT AND [~~PROPOSED~~] ORDER<br><br>[Fed.R.Civ.Pro.25(d)(1)]<br><br><br><br>Complaint Filed: March 24, 2008<br>Trial Date: Not Yet Set |

NOTICE IS HEREBY GIVEN that on January 20, 2009, Kenneth Lee Salazar was confirmed by the United States Senate as Secretary of Interior, replacing Dirk Kempthorne.

Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Kenneth Lee Salazar will be substituted as defendant in place of Dirk Kempthorne, and all further proceedings in this action "shall be in the name of the substituted party." Defendants Kenneth Lee Salazar and the United States of America further request that the caption used in this case be modified to reflect this substitution.

DATED: February 6, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:   /s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant United States Attorney
Attorneys for the United States

**ORDER**

IT IS SO ORDERED.

February 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE